EASTERN STATES PETROLEUM COMPANY, Plaintiff, v. WARNER-QUINLAN COMPANY, Defendant-Appellant, and AUGUSTA M. SMYTHE and GEORGE A. CANNAN, Copartners, etc., Impleaded-Defendants-Respondents.— Order denying motion of defendant-appellant for a preference, and order in so far as it adheres, on reargument, to the original decision, unanimously reversed, with twenty dollars costs and disbursements, and the motion for a preference granted. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

ARCADIA KNITTING MILLS, INC., Respondent, v. MEYER H. KORN and SAMUEL H. KORN, Defendants, Impleaded with ALEXANDER H. KORN, Appellant.— Order denying motion of defendant-appellant to vacate default judgment entered July 18, 1935, and the order for substituted service upon said defendant and all proceedings thereunder, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

DOUBLEDAY DORAN AND COMPANY, INC., Respondent, v. MAN STORY GROUP, INC., Defendant, Impleaded with HENRY DWIGHT CUSHING, Appellant.— Order granting plaintiff's motion to strike out the first and second counterclaims and the second and third separate defenses pleaded in the answer of defendant-appellant, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with leave to the plaintiff to reply within ten days after service of order with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

HERMAN MALERMAN, Trading under the Firm Name and Style of H. M. DRESS Co., Respondent, v. ADMIRATION DRESS Co., INC., Appellant.— Order denying defendant's motion to strike cause from the Day or Reserve Calendar and to remand said cause to its regular position on the General Calendar, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of Supplementary Proceedings: 242 WEST 38TH STREET CORPORATION, Judgment Creditor, Respondent, v. BENJAMIN MEYROWITZ, Judgment Debtor, Appellant, NEW YORK LIFE INSURANCE COMPANY, Third Party, Appellant. — Order granting a motion of judgment creditor for an order directing the New York Life Insurance Company to pay over to the judgment creditor the sum of $265.65, dividends accumulated to the credit of a policy of insurance on the life of the judgment debtor, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

HARRY PARATHYRAS, Respondent, v. MAX HOFMANN and Others, Defendants, Impleaded with ALBERT LEVINE, Appellant.— Order granting plaintiff's motion to confirm referee's report and to punish defendant-appellant for contempt of court, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.